## Maryland Police and Correctional Training Commissions

6852 4th Street, Sykesville, MD 21784 • (410) 875-3400
Submit to: MPCTC.Certifications@maryland.gov

**MPCTC USE ONLY**
FP Review:
Certification Number:
Date Certified:

### APPLICATION FOR POLICE CERTIFICATION

**APPLICANT** (Please Type or Print clearly):

| | | |
|---|---|---|
| **Last Name:** Reefer | **MI:** A | **First Name:** Anthony |
| **Maiden/Former Name:** | | **Date of Birth:** ▇/▇/1980 |
| **Certification Number:** ▇▇▇-▇▇-▇▇▇▇ | | **Date of Appointment:** 5/22/2020 |
| **Agency Name:** Metro Transit Police | | **Agency Code:** 241 |

**THIS APPLICATION IS FOR:**

☐ Original Certification in Maryland   ☑ Re-Certification

If re-certification within 90 days of separation from previous MD Police agency refer to COMAR 12.04.01.08B(1), .15 and .16.

If re-certification over 90 days of separation from previous MD Police agency refer to COMAR 12.04.01.08B(2), .15 and .16.

Was applicant ever employed as a police officer in another state?   ☐ Yes   ☑ No   If yes, enter name of state(s): _____

**Rank Title:**   ☑ Entry Level   ☐ Above 1st Line Supervisor   ☐ Above 1st Line Administrator
☐ 1st Line Supervisor   ☐ 1st Line Administrator

### SECTION #1 – AGE REQUIREMENT (COMAR 12.04.01.04A)

☑ Applicant is 21 years old or older.

### SECTION #2 – CITIZENSHIP STATUS (COMAR 12.04.01.04B)

☑ **U.S Citizen:**   *Place of Birth:* Brooklyn, NY   *or*
☐ **Naturalized Citizen:**   *Date:* _____   *Number:* _____   *or*
☐ **Permanent Legal Resident:**   *Date:* _____   *Number:* _____   *and*
☐ **Has applied for US Citizenship:**   *Date:* _____   *(complete Section #9).*

### SECTION #3 – SPECIAL POLICE COMMISSION (COMAR 12.04.01.05A)

☐ Applicant has a Special Police Commission by the State of Maryland
*Number:* _____   *Expiration date:* _____

### SECTION #4 – EDUCATION (COMAR 12.04.01.04C)

☑ **High School Diploma/Transcript** *or*   *Name of School:* Abraham Clark High School   *Date:* 5/30/2020
**College Transcript** *or:*
☐ **Equivalency Certificate (GED)** *or:*   *Name of School:* _____   *Date:* _____
☐ **Military GED:**   *Name of School:* _____   *Date:* _____

### SECTION #5 – SUBSTANCE ABUSE BY APPLICANT (COMAR 12.04.01.16)

☑ Meets prior drug use standards.   Ken Shaw   6/3/2020
*(any Supplemental information must be submitted to MPCTC)*   *Polygraph or voice examiner*   *Date*

| Last Name: | Reefer | MI: | A | First Name: | Anthony |
|---|---|---|---|---|---|

### SECTION #6 – PHYSICAL EXAMINATION (COMAR 12.04.01.04F)

☑ **Physically fit to perform duties of a Law Enforcement Officer**:
   Name of certifying professional: Dr. Solaide Akintade        Date: 6/22/2020

☑ **Mentally fit to perform duties of a Law Enforcement Officer:**
   Name of certifying professional: Dr. Caren DeBernardo        Date: 7/9/2020

### SECTION #7 – DRUG SCREENING (COMAR 12.04.01.15)

☑ Drug Screening successfully completed.   Quest                                   6/22/2020
                                          *Name of testing laboratory*              *Date*

### SECTION #8 – CRIMINAL HISTORY (COMAR 12.04.01.05B)

Local check may be by N.C.I.C, all others by fingerprints:
☑ FBI   Date: 8/10/2020     ☑ State   Date: 8/7/2020     ☑ Local   Date: 8/6/2020

### SECTION #9 – MILITARY SERVICE (COMAR 12.04.01.05A)

☑ **Current military status** (type of discharge if applicable): Honorable, USMC   Date: 9/2/2020

☐ **No military service history – confirmed by** (name of investigator): _____   Date: _____

### SECTION #10 – DRIVING HISTORY (COMAR 12.04.01.04I)

☑ Valid Operator's License #: R-▓▓-▓▓-▓▓-▓▓
☑ State of issue: Maryland              ☑ Review of Operator Record

### SECTION #11 – CREDIT HISTORY (COMAR 12.04.01.05A)

☑ Credit agency report:   Credit agency name: Equifax        Date: 8/6/2020

### SECTION #12 – INTERVIEWS AND CONTACTS (COMAR 12.04.01.05A)

A minimum of 1 person must be interviewed/contacted in each category.

☑ **Oral interview with employing agency:**   Name: Beau Perrizo     Date: 9/2/2020
☑ **Personal references:**                   Name: C▓▓▓ Y▓▓▓▓       Date: 7/16/2020
☑ **Current/Prior employer** (within last 5 years):   Name: R▓▓ T▓▓   Date: 8/24/2020
☑ **Neighbors** (within last 5 years):        Name: J▓▓ M▓▓▓▓        Date: 7/20/2020
☑ **Current/Past co-workers** (within last 5 years): Name: R▓▓ N▓▓   Date: 9/1/2020
☐ **School background:**                     Name: _____           Date: _____
☑ No school contact because more than 5 years has elapsed since last school attendance.

If additional contacts were made please attach a separate sheet with names, dates and for which category they were contacted and check here. ☐

### SECTION #13 – REAPPOINTMENTS (COMAR 12.04.01.08)

A brief explanation as to the circumstances surrounding the departure of the applicant from a previous agency. Full detail must be maintained in the applying agency's background investigation file.

Name of former agency: Metro Transit Police                  Date: 9/2/2020
Name of person contacted at former agency: Beau Perrizo      Date applicant left: 10/30/2018
Explanation: Applicant was indicated for assault/misconduct 7/20/2018. IA investigation sustained multiple charges and terminated applicant. Abitration Board ordered reinstatement 5/12/2020.

If additional space is needed attach a separate sheet with additional information and check here ☑.

I hereby affirm that the information provided in this Application for Police Certification is true and accurate to the best of my knowledge and contains no willful misrepresentation or falsification. I am aware that any misrepresentation or falsification of this information may subject me to prosecution pursuant to MD. Code. Ann., Crim. Law §8-606.

Agency Representative: Beau Perrizo       Signature: *[signed] PERRIZO*       Date: 9/2/2020

Representative email: bperrizo@wmata.com        Phone: 202-725-5982